# ATTACHMENT "B"

ATTACHMENT "B"



CARTON BROTHER FIGURINE IMAGE

BROTHER FIGURINE